# Court of Appeals
# of the State of Georgia

ATLANTA, December 28, 2012

*The Court of Appeals hereby passes the following order:*

**A13D0159. YASMINE ENTERTAINMENT HALL et al. v. CITY OF MARIETTA.**

Upon review, the application for discretionary appeal filed by Yasmine Entertainment Hall and Shadia Restaurant, LLC, is hereby DENIED. The City of Marietta's motion for sanctions for the filing of a frivolous application is also DENIED.



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,* 12/28/2012
*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*
*Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____ *, Clerk.*